UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JEFFREY HARRIS, :
:
:
Plaintiff, :
: 24-CV-1219 (JMF)
-v- :
: ORDER
:
SHEET METAL WORKERS NATIONAL PENSION :
FUND, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held yesterday:

- Defendant shall file the administrative record no later than **September 26, 2024**. Defendant is granted leave to file it under seal on a temporary basis.

- **No later than four weeks after the administrative record is filed**, the parties must jointly propose any redactions to the administrative record in accordance with the Court's Individual Rules and Practices.

- **No later than four weeks after the administrative record is filed**, the parties must file a joint letter proposing a briefing schedule for the parties' cross-motions for summary judgment, if both parties intend to move for summary judgment.

- **No later than four weeks after the administrative record is filed**, Plaintiff shall file any motion for discovery beyond the administrative record, in the form of letter-motion not to exceed five pages.  **No later than one week after**, Defendant shall file any response in a letter not exceeding five pages.

SO ORDERED.

Dated: September 13, 2024          _____
       New York, New York                 JESSE M. FURMAN
                                      United States District Judge