

**GREENBERG & KAPLAN, LLP**
ATTORNEYS AT LAW

James S. Kaplan, Esq.
james@greenberg-kaplan.com
Direct: 646-383-3688

January 13, 2025

<u>Via ECF Filing</u>
Honorable Jesse M. Furman
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY HARRIS, Plaintiff,
    v.
SHEET METAL WORKERS NATIONAL PENSION FUND, Defendant.

Index No. Civil Action No. 1:24-cv-01219-JMF

Dear Hon. Jesse M. Furman,

    I am writing this letter to request a ten day extension of time to respond to defendant's motion for summary judgment, from January 22, 2025 to February 3, 2025. Technically, ten days would fall on a weekend and we simply moved the extension request to the next business day. We have discussed this matter with defense counsel and they indicated that there would be no objection to this application.

Respectfully submitted,

JAMES S. KAPLAN, ESQ.
*Attorney for Plaintiff*
Greenberg & Kaplan, LLP
390 Fifth Avenue, Rm 900
New York, NY 10018
646-383-3688

CC:

| | |
|---|---|
| Francis Xavier Nolan, IV | franknolan@eversheds-sutherland.com<br>KatiaSperduto@eversheds-sutherland.com<br>StephanieKeating@eversheds-sutherland.com<br>devorahhirsch@eversheds-sutherland.com |
| Amy R Albanese | amyalbanese@eversheds-sutherland.com |
| Nicholas T. Christakos | nicholaschristakos@eversheds-sutherland.com |

Application GRANTED. The deadline for Harris to file any cross-motion for summary judgment and opposition to the Fund's motion is hereby extended to **February 3, 2025**. In light of this extension, the deadline for the Fund's final submission is extended to **March 5, 2025**, and the deadline for Harris's final submission is extended to **March 19, 2025**. The Clerk of Court is directed to terminate ECF No. 45.

SO ORDERED.

January 14, 2025